# United States District Court
## Violation Notice

WL 2

**Violation Number:** F 5314437
**Officer Name (Print):** LaMons
**Officer No.:** 2186

F 5314437

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense:** 5/20/18 4:56pm
**Offense Charged:** 261.13

**Place of Offense:** Hwy 117 Closed Bridge

**Offense Description:** Violation of Motor Vehicle Use Reg. Driving on to National forest land to get around a closed Bridge.

### DEFENDANT INFORMATION

**Last Name:** MCWHORTER
**First Name:** JAMES
**M.I.:** C

**Tag No.:** Y162763
**State:** LA
**Year:** 02
**Make:** Ford
**Type:** P/U
**Color:** Wht

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

www.cvb.uscourts.gov

$ 250 Forfeiture Amount
+ $30 Processing Fee
**PAY THIS AMOUNT →** $ 280 Total Collateral Due

### YOUR COURT DATE

**Court Address:** 515 MURRAY ST. ALEXANDRIA, LA, 71301
318-473-7415

**Date:** 7/18/18
**Time:** 1:00 PM

X Defendant Signature

Original - CVB Copy        FS-5300-4 (3/2017)

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
☐ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

CVB SCAN 06/04/2018 15:33
CVB SCAN 06/04/2018 15:33