U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

NOV 29 2018

TONY R. MOORE CLERK
BY _____ DEPUTY

MAGISTRATE JUDGE PEREZ-MONTES
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

COMMUNITY SERVICE VERIFICATION LOG

Name: James McWhorter                    18 PO 532

Agency Name: Town of Campti, Church Comm. Center

Agency Contact/Phone: (318) 476-3321  (318) 228-3117

Next Court Date if not completed: _____

Community Service Hours Ordered: 32 hrs w/in 60 days

| Date | Time In | Time Out | Hours | Verified by |
|------|---------|----------|-------|-------------|
| 11/17/18 | 7:00 am | 5:00 pm | 10 hr | SR |
| 11/21/18 | 7:32 AM | 5:30 PM | 5 hrs | KV |
| 11/22/18 | 7:30 AM | 5:35 | 5 hrs | KV |
| 11/23/2018 | 8:00 AM | 6:00 pm | 10 hr. | W.L. |
| 11/24/2018 | 8:00 AM | 10:00 AM | 2 hr. | W.L. |

→ Town of Campti
→ Church Comm. Center

Total Number of Community Service Hours: 32

Remaining Community Service: 0

[signature] Mayor     [signature] Wendy Lawing

***Any problems, complaints, or questions should be addressed to Yvonna Tice, Magistrate Judge Courtroom Deputy, Clerk's Office, Alexandria, LA. 318-769-8801.

***Defendant is solely responsible for completing and submitting this form, not the Agency or the Court. If Defendant fails to complete all Community Service Hours before the next Court date, additional sanctions including fines, community service, contempt of court charges and jail may be imposed.